IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| M FELDER TRUCKING LLC and MARK FELDER<br><br>Plaintiffs,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC and WILLIS TOWERS WATSON SOUTHEAST, INC.<br><br>Defendants. | §§§§§§§§§§§§§§<br><br>Civil Action No. 4:22-cv-00181 |

**JOINT STIPULATION BY DEFENDANTS
REGARDING WRITTEN EXPERT REPORTS**

In accordance with the representations made by their respective counsel at the July 8, 2022 hearing on Plaintiffs' Motion to Stay Litigation or Extension of Scheduling Order (Doc. No. 34), Defendants Pilot Travel Centers LLC and Willis Towers Watson Southeast, Inc. stipulate and agree to produce written reports for their retained experts by August 22, 2022 consistent with the requirements of the Court's current Scheduling Order (Doc. No. 26) irrespective of whether this case remains before this Court or is remanded to state court.

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ | DOYLE, RESTREPO, HARVIN & ROBBINS, LLP |
| By: *Kimberly A. Chojnacki* | By: *Ronald J. Restrepo* |
| Bradley E. Chambers | Ronald J. Restrepo |
| Texas Bar No. 240001860 | State Bar No. 16791300 |
| Federal Bar No. 22008 | The Lyric Centre |
| Kimberly A. Chojnacki | 440 Louisiana, Suite 2300 |
| Texas Bar No. 24068696 | Houston, Texas 77002 |
| Federal Bar No. 2078408 | Telephone: (713) 228-5100 |
| Melissa Vest | Facsimile: (713) 228-6138 |
| Texas Bar No. 24096002 | WHITE AND WILLIAMS LLP |
| Federal Bar No. 3208933 | Thomas B. Fiddler (*Pro Hac Vice*) |
| 1301 McKinney Street, Suite 3700 | PA Bar No. 59123 |

-2-

Houston, TX 77010
Telephone: (713) 650.9700
Facsimile: (713) 650.9701

**Attorneys for Defendant
Pilot Travel Centers LLC**

Natalie B. Molz (*Pro Hac Vice*)
PA Bar No. 302588
1650 Market Street, Suite 1800
Philadelphia, PA 19103
(215) 864-7081/7142

**Attorneys for Defendant
Willis Towers Watson Southeast, Inc.**

-2-