UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| M FELDER TRUCKING LLC, *et al.*, § § Plaintiffs, § § VS. § CIVIL ACTION NO. 4:22-CV-00181 § PILOT TRAVEL CENTERS LLC, *et al.*, § § Defendants. § | |

## ORDER

Before the Court are United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 17, 2022 (Doc. #31), Defendant Pilot Travel Centers LLC's Objections (Doc. #36), Defendant Willis Towers Watson Southeast, Inc.'s Objections (Doc. #38), and Plaintiffs' Omnibus Response to Defendants' Objections (Doc. #48). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

Accordingly, Plaintiffs' Motion to Remand (Doc. #7) is hereby GRANTED and this case is REMANDED to the 269th Judicial District Court of Harris County, Texas for further proceedings.

It is so ORDERED.

JUL 1 8 2022
Date

The Honorable Alfred H. Bennett
United States District Judge